# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Plaintiff,** | * |
| | * |
| v. | Case No. _____ |
| | * |
| **Defendant.** | * |

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of _____.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| **State Court** | **Date of Admission** |
|---|---|
| | |
| | |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

      I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

_____  
Date

_____  
Signature

_____  
Printed name and bar number

_____  
Address

_____  
Email address

_____  
Telephone number

_____  
Fax number

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**