# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>POURHASSAN, *et al.*,<br><br>   Defendants. | Case No. 8:22-cv-03284-PX |

## NOTICE OF APPEARANCE

Please enter the appearance of Benjamin A. O'Neil of McGuireWoods LLP, as counsel for Defendant Kazem Kazempour, in the above-captioned matter.

Dated: January 9, 2023               Respectfully submitted,


                                     */s/ Benjamin A. O'Neil*
                                     Benjamin A. O'Neil (Fed. Bar No. 29078)
                                     **McGuireWoods LLP**
                                     888 16th Street N.W., Suite 500
                                     Black Lives Matter Plaza
                                     Washington, DC 20006
                                     Telephone: (202) 857-2466
                                     Fax: (202) 828-2966
                                     boneil@mcguirewoods.com

                                     ***Counsel for Defendant***
                                     ***Kazem Kazempour***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2023, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Benjamin A. O'Neil*
Benjamin A. O'Neil