IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Securities and Exchange Commission

Plaintiff,

v.

Nader Pourhassan and Kazem Kazempour

Defendant.

Case No. 22 Civ. 3284 (PX)

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of Securities and Exchange Commission.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York | 07/16/2008 |
| New Jersey | 12/26/2007 |
|  |  |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

02/08/2023
Date

*[signature]*

Chevon Walker, NY Bar No. 4604443
Printed name and bar number

100 Pearl Street, Suite 20-100, New York, NY 10004
Address

WalkerCH@sec.gov
Email address

(212) 336-0090
Telephone number

Fax number

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**