IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>POURHASSAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 8:22-cv-03284-PX |

**NOTICE OF APPEARANCE**

Please enter the appearance of Caroline Schmidt Burton (admitted as "Caroline Susan Schmidt") of McGuireWoods LLP, as counsel for Defendant Kazem Kazempour, in the above-captioned matter.

Dated: March 2, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Caroline Schmidt Burton*
　　　　　　　　　　　　　　　　　　　　　Caroline Schmidt Burton (Fed. Bar No. 13303)
　　　　　　　　　　　　　　　　　　　　　**MCGUIREWOODS LLP**
　　　　　　　　　　　　　　　　　　　　　Gateway Plaza
　　　　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219-3916
　　　　　　　　　　　　　　　　　　　　　Telephone: (804) 775-7651
　　　　　　　　　　　　　　　　　　　　　Fax: (804) 698-2049
　　　　　　　　　　　　　　　　　　　　　cburton@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　***Counsel for Defendant***
　　　　　　　　　　　　　　　　　　　　　***Kazem Kazempour***

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2023, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Caroline Schmidt Burton*
Caroline Schmidt Burton