IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>NADER POURHASSAN, et al.,<br><br>*Defendants*. | ORAL ARGUMENT REQUESTED<br><br>No. 22-Civ-3284 |

**DEFENDANT KAZEM KAZEMPOUR'S REQUEST FOR A HEARING ON HIS MOTION TO DISMISS**

Defendant Kazem Kazempour, pursuant to the U.S. District Court for the District of Maryland Local Rule 105.6, respectfully requests that the Court hold an in-person hearing on his Motion to Dismiss.

Dated: March 6, 2023

Respectfully submitted,

/s/ Benjamin A. O'Neil
Benjamin A. O'Neil (Fed. Bar No. 29078)
Edward Andrew Southerling (*admitted pro hac vice*)
Louis D. Greenstein (*admitted pro hac vice*)
**MCGUIREWOODS LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-2466
Fax: (202) 828-2966
boneil@mcguirewoods.com
asoutherling@mcguirewoods.com
lgreenstein@mcguirewoods.com

1

Caroline Schmidt Burton (Fed. Bar No. 13303)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-7651
Fax: (804) 698-2049
cburton@mcguirewoods.com

Jason H. Cowley (*admitted pro hac vice*)
**MCGUIREWOODS LLP**
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2030
Fax: (704) 373-8830
jcowley@mcguirewoods.com

***Counsel for Defendant
Kazem Kazempour***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2023, a copy of the foregoing document was electronically filed and served on all counsel of record via the Court's CM/ECF system.

/s/ Benjamin A. O'Neil
Benjamin A. O'Neil (Fed. Bar No. 29078)