# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

December 8, 2023

Re: No. 22-cv-3284-PX, *Securities and Exchange Commission v. Pourhassan, et al.*

**LETTER ORDER**

Dear Parties:

On December 8, 2023, the Parties appeared before the Court. During the hearing, the Court denied Dr. Kazempour's motion to dismiss (ECF No. 29) for the reasons stated on the record. Further, all Parties agreed to stay the civil case (22-cv-3231) while the criminal case proceeds (22-cr-440). The Court's Order on March 3, 2023, stayed discovery only. ECF No. 23.

Accordingly, for the reasons stated on the record, Dr. Kazempour's motion to dismiss at ECF No. 29 is DENIED.

The Court ORDERS that by Monday, December 11, 2023, the Parties shall file a joint motion and proposed order requesting the Court stay the civil case pending the resolution of the criminal matter.

Despite the informal nature of this correspondence, it constitutes an Order of the Court and shall be docketed as such.

12/8/2023
Date

/s/
Paula Xinis
United States District Judge