

U.S. Department of Justice

Criminal Division

*Fraud Section*                                                                                                           *Washington, D.C. 20530*

January 12, 2025

The Honorable Paula Xinis
6500 Cherrywood Lane
Suite 255
Greenbelt, MD 20770

      Re: *Securities and Exchange Commission v. Pourhassan, et al.*, Civil No. PX-22-3284

Dear Judge Xinis:

      On December 13, 2023, the Court issued an order continuing to stay discovery in *SEC v. Pourhassan*, Civil No. PX-22-3284, pending resolution of the parallel criminal case *United States v. Pourhassan*, Criminal No. PX-22-440.

      The Order required that the United States provide biannual updates to the Court regarding the status of the criminal case against the defendants Nader Pourhassan and Kazem Kazempour. Dkt. 49.

      On December 9, 2025, trial in the criminal case concluded and the jury found Nader Pourhassan and Kazem Kazempour guilty of securities fraud and wire fraud. The Court entered a Post-Trial Scheduling Order regarding post-conviction motions and sentencing (ECF No. 309).

                                            Sincerely,

                                              /s/
                                         Lauren Archer
                                         Trial Attorney
                                         (202) 538-3859
                                         Lauren.Archer2@usdoj.gov