**U.S. Department of Justice**

Criminal Division

*Fraud Section* *Washington, D.C. 20530*

January 7, 2026

The Honorable Paula Xinis
6500 Cherrywood Lane
Suite 255
Greenbelt, MD 20770

Re: *Securities and Exchange Commission v. Pourhassan, et al*., Civil No. PX-22-3284

Dear Judge Xinis:

On December 13, 2023, the Court issued an order continuing to stay discovery in *SEC v. Pourhassan*, Civil No. PX-22-3284, pending resolution of the parallel criminal case *United States v. Pourhassan*, Criminal No. PX-22-440.

The Order required that the United States provide biannual updates to the Court regarding the status of the criminal case against the defendants Nader Pourhassan and Kazem Kazempour. Dkt. 49. On December 9, 2025, trial in the criminal case concluded and the jury found Nader Pourhassan and Kazem Kazempour guilty of securities fraud and wire fraud. The defendants each filed a motion for judgment of acquittal, or in the alternative, motion for a new trial, which are pending (ECF Nos. 311 and 312). Sentencing is scheduled for January 23, 2026.

Sincerely,

/s/

Lauren Archer
Trial Attorney
(202) 538-3859
Lauren.Archer2@usdoj.gov